ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 JUL 20 AM 10: 55
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| NUHAD NAIME-NAIME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 306-20 |
| | ) |
| FNU MONTHFORD and FNU ROY, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The complaint in this case is **DISMISSED** without prejudice.

SO ORDERED this 20th day of July, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE